# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CAMERON BELL,

    Petitioner

v.

UNITED STATES OF AMERICA

    Respondent

Case No.: 2:22-cv-00148-JAD-VCF

**Order Dismissing
and Closing Case**

Petitioner Cameron Bell filed this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 but failed to pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis*.[1]  As a result, this matter has not been properly commenced, and I dismiss it on that basis.[2]

Additionally, Bell indicates in his petition that he brings this action to challenge his federal criminal conviction in case no. 2:15-cr-00054-JCM-CWH.  To challenge a federal criminal conviction, Bell must file a § 225**5** motion to vacate, set aside, or correct that sentence in the underlying federal criminal case itself.  So this action should be dismissed for the additional reason that it fails to state a claim for which relief may be granted.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to detach and file the petition [ECF No. 1-1].

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

IT IS FURTHER ORDERED that **this action is DISMISSED** as improperly commenced and for failure to state a claim for which relief may be granted.

IT IS FURTHER ORDERED that a certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
March 1, 2022